**Order filed February 14, 2017**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-15-00915-CV
_____

**DAVID PIWONKA, IN HIS OFFICIAL CAPACITY AS TAX ASSESSOR-COLLECTOR FOR CYPRESS-FAIRBANKS ISD, CYPRESS-FAIRBANKS ISD, and MIKE SULLIVAN, IN HIS OFFICIAL CAPACITY AS TAX ASSESSOR-COLLECTOR FOR HARRIS COUNTY, TEXAS, Appellants**

**V.**

**SPX CORPORATION D/B/A SPX FLOW TECHNO, Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2015-08078**

---

## O R D E R

The clerk's record was filed November 30, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Rule 11 Agreement entered into on January 20, 2016, between Harris County, Texas, Mike Sullivan, in his official capacity as Tax Assessor-Collector for Harris County, and SPX.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 24, 2017, containing the January 20, 2016, Rule 11 Agreement.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM